**Rutberg Breslow**
PERSONAL INJURY LAW

Truth is Powerful

Managing Partner
Lawrence A. Breslow

Firm Founder
Martin P. Rutberg
Of Counsel

Attorneys
Carmine J. Carolei
Julie E. Iacobucci
Jennifer L. Langley

April 9, 2024

VIA ECF
Hon. Kenneth M. Karas
U.S. District Court-Southern District of NY
300 Quarropas Street
Courtroom 521
White Plains, NY 10601 4150

Re: *Edward R. Hardy v. Crown Equipment Corporation and Abel Womack, Inc., and Abel Womack, Inc. v. Amscan Inc.*
Date of Accident: Jan 04, 2019
Our File No: 20-199
Index No: Case No: 7:21-cv-10310-KMK

Dear Judge Karas:

We represent the plaintiff in the above-captioned matter.

Pursuant to SDNY Electronic Case Filing Rules & Regulations 21.7, we respectfully request the formal sealing of Document Number 129: First Motion for Summary Judgement for Edward R. Hardy – Exhibit 16: Confidential FMET.

The aforementioned document is subject to a confidentiality agreement. As such, I request that Exhibit 16 of plaintiff's motion be formally sealed.

Respectfully,

RUTBERG BRESLOW PERSONAL INJURY LAW

By: _CARMINE J. CAROLEI_

CJC/js

Cc: Timothy I. Duffy, Esq.
John Maxa, Esq.
Scott D. Middleton, Esq.

Granted, but counsel is to file redacted versions of these filings by 4/23/24.

So Ordered.
*[signature]* 4/9/24

The Clerk is respectfully directed to seal Dkt. No. 129-16, restricting access to that document to only the Parties to this Action and the Court, and to terminate the pending letter motion to seal, (*see* Dkt. No. 133).

We Help Injured People and Their Families

| Hudson Valley | Catskill Region | Adirondacks | Mohawk Valley | Capital District |
|---|---|---|---|---|
| tel: 845.486.0300 | tel: 845.791.4321 | tel: 518.432.4321 | tel: 315.724.4321 | tel: 518.432.4321 |

Mailing Address: 3344 Route 9 North, Suite 100, Poughkeepsie, NY 12601
Toll Free: 1-800-RUTBERG   Fax Number: 845.486.0270

RutbergBreslow.com | UpstateNewYorkLawyers.com